UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

NEIL JOHN AARON
WILLIAMSKY,
a/k/a "Aaaron Williamsky,"
a/k/ a "Aaron Neil Williamsky,"
NADIA LEVIT,
a/k/a "Nadia Yakusheva,"
ALBERT DAVYDOV, and
DAVID RAE

Criminal No. 19-247 (KM)

ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of the
United States, by Craig Carpenito, United States Attorney for the District of
New Jersey (J. Stephen Ferketic, Assistant U.S. Attorney, appearing), and
defendant Nadia Levit (Matthew E. Beck, Esq.), for an order granting a
continuance of proceedings in the above-captioned matter; and the defendant
being aware that she has the right to have this matter brought to trial within
70 days of the date of their appearance before a judicial officer of this court
pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having consented to
such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

1.     This case is an unusual or complex case within the meaning of the

Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the nature of the prosecution such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2.   The discovery in the case is expected to be voluminous, consisting of, among other things, computer and electronic evidence; medical, financial and business records involving thousands of pages, and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3.   As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this _____18th_____ day of April, 2019,

(1)   ORDERED that this action be, and hereby is, continued until September 30, 2019; and it is further

(2)   ORDERED that the period from April 10, 2019 through September 30, 2019 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq*.

HONORABLE KEVIN McNULTY
United States District Judge

Consented to as to form and entry:


/s/J. STEPHEN FERKETIC
J. STEPHEN FERKETIC
Assistant U.S. Attorney


MATTHEW E. BECK, ESQ.
Counsel for Nadia Levit